THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN SZYDLOWSKI, Relator, v. HENRY E. BRUCKMAN and Others, Constituting the State Liquor Authority of the State of New York, Respondents.— Determination confirmed, with fifty dollars costs and disbursements. All concur. (The order of certiorari directs review of the cancellation of a restaurant liquor license.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

MARY MURRAY, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant. — Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of the jury as to the negligence of the defendant and contributory negligence of the plaintiff is against the weight of the evidence. All concur. (The judgment awards damages for personal injuries in an automobile negligence action. The order denies motion for a new trial unless plaintiff stipulated a reduction of the verdict, which was done.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

JOHN F. CARMODY, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

JULES S. BACHE and Others, Copartners Doing Business as J. S. BACHE AND COMPANY, Appellants, v. JOHN H. MARKO, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant on a counter-claim in an action to recover on stock transactions. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

HELEN RIMKUS, Appellant, v. BOARD OF EDUCATION OF DISTRICT No. 1, TOWN OF RUSHFORD, NEW YORK, and Others, Respondents.— Judgment and order affirmed, with costs. All concur, Sears, P. J., upon the sole ground that the court does not have jurisdiction. (The judgment is for defendant on a directed verdict in an action for damages for breach of contract with plaintiff as a teacher. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

MILDRED MARKERT, Respondent, v. MICHAEL HALEY, Appellant, and ALBERT PRIEDMORE, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order of Onondaga County Court affirms an order of Syracuse Municipal Court granting plaintiff's motion to discontinue the action and denying motion of defendant for judgment in an automobile negligence action.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the Complaint of JOHN BECRAFT, as Supervisor-elect of the Town of Ohio, Herkimer County, New York, Appellant, against DANIEL F. STROBEL, Respondent.— Order affirmed, with costs. All concur, except Sears, P. J., and Taylor, J., who dissent and vote for reversal and for granting the motion on the authority of Matter of Bradley (141 N. Y. 527) and Matter of Fitzgerald (88 App. Div. 434). (The order dismisses the complaint in a proceeding under section 80 of the Public Officers Law to compel predecessor to deliver books and papers to his duly-elected successor.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.